

consideration in light of *EEOC* v. *Commercial Office Products Co.*, *ante*, p. 107. 

No. 87–761. WCLR RADIO STATION *v.* RENGERS. C. A. 7th Cir. Motion of Chamber of Commerce of the United States et al. for leave to file a brief as *amici curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McLaughlin* v. *Richland Shoe Co.*, *ante*, p. 128. 

No. 87–1249. PLITT THEATRES, INC. *v.* COSTON. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McLaughlin* v. *Richland Shoe Co.*, *ante*, p. 128. 

No. — – ——. DWYER *v.* CROCKER NATIONAL BANK ET AL. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. A–851. BATES *v.* TEXAS. Ct. App. Tex., 14th Dist. Application for stay of mandate, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–676. IN RE DISBARMENT OF SERVER. Disbarment entered. [For earlier order herein, see 485 U. S. 952.]

No. D–679. IN RE DISBARMENT OF KOTSOS. Petros A. Kotsos, of Glenview, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on March 21, 1988 [485 U. S. 952], is hereby discharged.

No. D–683. IN RE DISBARMENT OF KERN. Disbarment entered. [For earlier order herein, see 485 U. S. 953.]

No. D–685. IN RE DISBARMENT OF STRAUSS. Disbarment entered. [For earlier order herein, see 485 U. S. 973.]

No. 86–1088. CITY OF CANTON, OHIO *v.* HARRIS ET AL. C. A. 6th Cir. [Certiorari granted, 485 U. S. 933.] Motion of International City Management Association et al. for leave to file a brief as *amici curiae* granted.